KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3388
Fax: (907) 271-2344
E-mail: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| BRADLEY DAVIDS | ) | |
| --- | --- | --- |
| | ) | Case No. 3:14-cv-00228-HRH |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States, through counsel, notifies the Court that the parties have reached a settlement of the claims in this action. A stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings, which is expected to take up to 90 days.

DATED this 28th day of December, 2016, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney


s/E. Bryan Wilson
E. BRYAN WILSON
Assistant U. S. Attorney
Attorney for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2016,
a copy of the foregoing
was served electronically on:

William Cook, Esq.

s/E. Bryan Wilson
Office of the U.S. Attorney

Davids v. United States of America
Case No. 3:14-cv-00228-HRH

2