KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3388
Fax: (907) 271-2344
E-mail: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| BRADLEY DAVIDS | ) | |
|---|---|---|
| | ) | Case No. 3:14-cv-00228-HRH |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION** |
| vs. | ) | **FOR DISMISSAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The parties, through counsel, stipulate to dismiss the above matter with prejudice, with each party to bear its own costs and attorney fees.

DATED this 4th day of January, 2017, at Anchorage, Alaska.

                                                KAREN L. LOEFFLER
                                                United States Attorney

                                                s/E. Bryan Wilson
                                                E. BRYAN WILSON
                                                Assistant U. S. Attorney
                                                Attorney for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017,
a copy of the foregoing
was served electronically on:

William Cook, Esq.

s/E. Bryan Wilson
Office of the U.S. Attorney

Davids v. United States of America
Case No. 3:14-cv-00228-HRH

2