IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| BRADLEY DAVIDS | ) | |
| --- | --- | --- |
| | ) | Case No. 3:14-cv-00228-HRH |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** |
| vs. | ) | |
| | ) | **ORDER GRANTING** |
| UNITED STATES OF AMERICA, | ) | **JOINT STIPULATION** |
| | ) | **FOR DISMISSAL** |
| Defendant. | ) | |
| | ) | |

The Parties' Stipulation for Dismissal is GRANTED.

This matter is dismissed with prejudice, each party to bear its own costs and attorney fees.

Date: _____ _____
H. Russell Holland
U.S. District Court Judge