IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BRADLEY DAVIDS,         )
                        )
            Plaintiff,  )
                        )
vs.                     )
                        )
UNITED STATES OF AMERICA, )
                        )   No. 3:14-cv-0228-HRH
            Defendant.  )
_____)

O R D E R

Case Dismissed

The parties' *Joint Stipulation for Dismissal*,[1] filed January 4, 2017, is granted. This case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this <u>6th</u> day of January, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 26.